# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISHUNTA MALLOY,<br><br>    Petitioner,<br><br>  v.<br><br>L. S. McEWEN, Warden,<br><br>    Respondent. | Case No. CV 11-3937 MMM (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: November 9, 2011

                                        HON. MARGARET M. MORROW
                                        UNITED STATES DISTRICT JUDGE