1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISHUNTA MALLOY,<br><br>              Petitioner,<br><br>       v.<br><br>L. S. McEWEN, Warden,<br><br>              Respondent. | )  Case No. CV 11-3937 MMM (JCG)<br>)<br>)  **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>) |

        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED:  November 9, 2011

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE